UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>JASON P. DECKER and DEBRA A. DECKER, husband and wife and the marital community composed thereof, et al.,<br><br>Defendants. | CASE NO. 2:24-cv-00253-TL<br><br>ORDER ON STIPULATED MOTION EXTENDING DEADLINES |

This matter is before the Court on the Parties' Stipulated Motion Extending Deadlines. Dkt. No. 30. Having reviewed the relevant record, the Court GRANTS the motion and RESETS the following dates:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | **6/24/2024** |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | **7/8/2024** |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | **7/22/2024** |

Dated this 12th day of April 2024.

Tana Lin
United States District Judge

ORDER ON STIPULATED MOTION EXTENDING DEADLINES - 1