Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>JASON P. DECKER and DEBRA A. DECKER, married individuals; ANTHONY RAY SCHULTS and KAREN KOPPEL SCHULTS, married individuals; SCOTT ELDEN WOOD and OLIVIA FERREIRA-WOOD, married individuals; PASSAGE, INC., a Washington corporation; WILDEC, LLC, a Washington limited liability company; and DECKER & WILLIAMS, LLC, a Washington limited liability company,<br><br>Defendants. | NO. 2:24-cv-00253-TL<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN CLAIMS |

This matter having come before the Court upon Plaintiff Travelers Casualty and Surety Company of America's (Travelers) Motion for Voluntary Dismissal of Certain Claims pursuant to FRCP 41(a)(2), and the Court having considered the files and records herein,

ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN CLAIMS – 1

TRA076-0010 7657300

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Travelers claims against defendants Anthony Ray Schults, Karen Koppel Schults, Scott Elden Wood and Olivia Ferreira-Wood are DISMISSED with prejudice and without costs, with all remaining claims of Travelers to remain pending.

SO ORDERED this 20th day of August, 2024.

_____
Honorable Tana Lin
U.S. District Court Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR
VOLUNTARY DISMISSAL OF CERTAIN CLAIMS – 2

TRA076-0010 7657300

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020