1

2

3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

4

5

6

7   TRAVELERS CASUALTY AND SURETY
    COMPANY OF AMERICA, A Connecticut
    corporation,

8                                          Plaintiff(s),

9   v.

10  JASON P. DECKER and DEBRA A. DECKER,

11  husband and wife and the marital community
    composed thereof; ANTHONY RAY SCHULTS

12  and KAREN KOPPEL SCHULTS, husband and
    wife and the marital community composed

13  thereof; SCOTT ELDEN WOOD and OLIVIA
    FERREIRA-WOOD, husband and wife and the

14  marital community composed thereof;

15  PASSAGE INC., a Washington corporation;
    WILDEC, LLC, a Washington limited liability

16  company, and DECKER & WILLIAM LLC, a
    Washington limited liability company

17

18                                          Defendants.

    JASON P. DECKER and DEBRA A. DECKER,

19  husband and wife and the marital community
    composed thereof; WILDEC, LLC, a

20  Washington limited liability company, and
    DECKER & WILLIAMS, LLC, a Washington

21  limited liability company

22                                  Crossclaim Plaintiffs.

23  v.

24  ANTHONY RAY SCHULTS and KAREN
    KOPPEL SCHULTS, husband and wife and the

25  marital community composed thereof; SCOTT
    ELDEN WOOD and OLIVIA FERREIRA-

26  WOOD, husband and wife and the marital

27

NO. 2:24-cv-00253-TL

[PROPOSED] ORDER OF
DISMISSAL WITH
PREJUDICE AND
WITHOUT COSTS OF
CROSSCLAIM
DEFENDANTS SCHULTS
AND WOOD

(Clerk's Action Required)

Stipulation of Dismissal - 1

SCHLEMLEIN FICK & FRANKLIN, PLLC
66 S. Hanford St., Suite 300
Seattle, WA 98134
(206) 448-8100 Fax (206) 448-8514

1  community composed thereof;

2              Crossclaim Defendants.

3                        **ORDER**

4      This matter came before the Court by the Stipulation of the above-named parties. The

5  Court having reviewed the parties' Stipulation; and the remaining records and files herein.

6      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the crossclaims

7  asserted by Jason P. Decker and Debra A. Decker, Wildec, LLC, and Decker & Williams,

8  LLC in The Decker Defendants' Answer, Affirmative Defenses, Cross-Claims and Third-

9  Party Complaint (Dkt. No. 20) against Crossclaim Defendants Anthony Ray Schults, Karen

10 Koppel Schults, Scott Elden Wood, and Olivia Ferreira-Wood, are dismissed with prejudice

11 and without an award of costs or attorneys' fees to any party.

12

13      DATED this 5th day of December 2024.

14      _____

15      UNITED STATES DISTRICT JUDGE

16

17

18 Presented by:

19

20

21 SCHLEMLEIN FICK & FRANKLIN, PLLC          CARNEY BADLEY SPELLMAN, P.S.

22 */s/ Garth A. Schlemlein*                  */s/ Thomas K. Windus*
   Garth A. Schlemlein, WSBA #13637          Thomas K. Windus, WSBA#7779
23 66 S. Hanford St, Suite 300               Christopher A. Wright, WSBA#26601
   Seattle, WA 98134                         701 Fifth Avenue, Suite 3600
24 P: 206-448-8100                           Seattle, WA 98104
   F: 206-448-8514
25 E: gas@soslaw.com

26 Attorneys for Defendants Schults and      Attorneys for Plaintiffs
   Woods
27

LASHER HOLZAPFEL SPERRY & EBBERSON PLLC

*/s/ Mario A. Bianchi*
Mario A. Bianchi, WSBA# 31742
Paul Spadafora, WSBA# 49777
601 Union St., Suite 2600
Seattle, WA 98101

Attorneys for Decker Defendants

KARR TUTTLE CAMPBELL, P.S.


*/s/ Daniel T. Hagen*
Mark A. Bailey, WSBA #26337
Daniel T. Hagen, WSBA# 54015
701 Fifth Avenue Suite 3300
Seattle, WA 98104

Attorneys for KeyBank N.A.

Stipulation of Dismissal  - 3