UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>JASON P. DECKER and DEBRA A. DECKER, husband and wife and the marital community composed thereof, et al.,<br><br>Defendants. | CASE NO. 2:24-cv-00253-TL<br><br>ORDER ON RESPONSE TO MOTION FOR RECONSIDERATION |

On October 28, 2024, the Court granted Third-Party Defendants' Motion to Dismiss Third-Party Complaint. Dkt. No. 56. Third-Party Plaintiffs timely filed a motion for reconsideration, arguing that the Court had manifestly erred with respect to its dismissal with prejudice of all three of Third-Party Plaintiffs' claims. Dkt. No. 61.

Pursuant to Local Civil Rule 7(h)(3), the Court ORDERS Third-Party Defendants to respond to Third-Party Plaintiffs' motion for reconsideration. Third-Party Defendants' response

ORDER ON RESPONSE TO MOTION FOR RECONSIDERATION - 1

SHALL be filed no later than **January 6, 2025,** and SHALL not exceed **seven (7) pages**. No reply from Third-Party Plaintiffs is permitted.

The Clerk of Court is DIRECTED to re-note Third-Party Plaintiffs' Motion for Reconsideration (Dkt. No. 61) for January 6, 2025.

Dated this 17th day of December 2024.

_____
Tana Lin
United States District Judge