Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

Plaintiff,

v.

JASON P. DECKER and DEBRA A. DECKER, married individuals; ANTHONY RAY SCHULTS and KAREN KOPPEL SCHULTS, married individuals; SCOTT ELDEN WOOD and OLIVIA FERREIRA-WOOD, married individuals; PASSAGE, INC., a Washington corporation; WILDEC, LLC, a Washington limited liability company; and DECKER & WILLIAMS, LLC, a Washington limited liability company,

Defendants.

NO. 2:24-cv-00253-TL

[~~PROPOSED~~] STIPULATED JUDGMENT

## I.  JUDGMENT SUMMARY

| 1. | Judgment Creditor: | Travelers Casualty and Surety Company of America |
|---|---|---|
| 2. | Attorneys for Judgment Creditor: | Eric M. Liberman, WSBA No. 52376 |
| 3. | Judgment Debtors: | Jason P. Decker<br>Debra A. Decker<br>Passage, Inc. |
| 4. | Attorney for Judgment Debtors: | Mario Bianchi, WSBA No. 31742 |

[~~PROPOSED~~] STIPULATED JUDGMENT – 1

TRA076-0010

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

| 5. | Principal Amount of Judgment: | $5,300,000.00 |
|---|---|---|
| 6. | Interest on Principal Amount: | 4% per annum |

## II.    JUDGMENT

The Court has reviewed the Stipulated Motion for Entry of Judgment and relevant files in this matter and deems itself otherwise fully advised in the premises.   This Stipulated Judgment resolves all remaining claims against all Remaining Defendants in this case and shall be considered the final judgment resolving the matters of this case.[1]

Accordingly, it is hereby ORDERED THAT JUDGMENT SHALL BE ENTERED in favor of Travelers Casualty and Surety Company of America ("Travelers") and against Defendants Jason P. Decker, Debra A. Decker and Passage, Inc., (collectively "The Remaining Defendants"), jointly and severally, in the principal sum of FIVE MILLION, THREE HUNDRED THOUSAND DOLLARS ($5,300,000). The principal sum shall bear interest at the rate of four percent (4%) per annum from the time of entry of judgment until the judgment is paid in full.

IT IS FURTHER ORDERED, that in the event The Remaining Defendants default under the Settlement Agreement, and as a result, Travelers incurs attorneys fees and costs in post-judgment efforts to execute upon this judgment, Travelers shall be entitled to an award of such reasonable attorneys fees and costs as part of this judgment.

IT IS FURTHER ORDERED that by stipulation and waiver the claims resolved in this Stipulated Judgment are not subject to appeal. However, this Judgment shall not have any

---

[1] Traveler's claims against Decker & Williams and WilDec, are subject to the jurisdiction of the Bankruptcy Court and not this District Court.

[PROPOSED] STIPULATED JUDGMENT – 2

TRA076-0010

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

preclusive effect on the Remaining Defendants right to appeal the dismissal of their claims made against KeyBank, N.A.

SO ORDERED this 22nd day of <u>January</u>, 2026.

_____

Honorable Tana Lin

Jointly Presented:

CARNEY BADLEY SPELLMAN, PS

LASHER HOLZAPFEL SPERRY & EBBERSON, P.L.L.C.

By /s/ *Eric M. Liberman*
Eric M. Liberman, WSBA #52376
Christopher A. Wright, WSBA #26601
701 5th Avenue, Suite 3600
Seattle, WA 98104
Tel: 206-622-8020
Email: liberman@carneylaw.com
Email: wright@carneylaw.com
Attorneys for Travelers Casualty and Surety
Company of America

By /s/ *Mario A. Bianchi*
Mario A. Bianchi, WSBA #31742
601 Union Street, Suite 2600
Seattle, WA 98101
Tel: 206-654-2429
Email:  bianchi@lasher.com
Attorneys for Decker Defendants

[PROPOSED] STIPULATED JUDGMENT – 3

TRA076-0010

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020