Honorable Tana Lin

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

Plaintiff,

v.

JASON P. DECKER and DEBRA A. DECKER, married individuals; ANTHONY RAY SCHULTS and KAREN KOPPEL SCHULTS, married individuals; SCOTT ELDEN WOOD and OLIVIA FERREIRA-WOOD, married individuals; PASSAGE, INC., a Washington corporation; WILDEC, LLC, a Washington limited liability company; and DECKER & WILLIAMS, LLC, a Washington limited liability company,

Defendants.

NO. 2:24-cv-00253-TL

[~~PROPOSED~~] ORDER OF DISMISSAL OF WILDEC, LLC and DECKER & WILLIAMS, LLC

**NOTED FOR CONSIDERATION:**

**January 22, 2026**

## I.     ORDER

This matter came before the Court by Stipulation of Plaintiff, Travelers Casualty and Surety Company of America ("Travelers"), and Defendants, Wildec, LLC and Decker & Williams, LLC, (collectively the "Bankruptcy Defendants"). The Court having reviewed the stipulation and

[~~PROPOSED~~] ORDER OF DISMISSAL OF WILDEC, LLC and DECKER & WILLIAMS, LLC - 1



601 UNION STREET, SUITE 2600
SEATTLE, WA 98101-4000
TELEPHONE 206 624-1230 | FAX 206 340-2563

the files on record herein, IT IS NOW ORDERED, ADJUDGED, and DECREED that the claims of Plaintiff Travelers against Bankruptcy Defendants WilDec, LLC and Decker & Williams, LLC are dismissed with prejudice and without an award of costs or attorney fees.

SO ORDERED this 22nd day of January, 2026.

_____

Honorable Tana Lin

Presented By:

| CARNEY BADLEY SPELLMAN, PS | LASHER HOLZAPFEL SPERRY & EBBERSON, P.L.L.C. |
| --- | --- |
| By: */s Eric M. Liberman* | By: */s Mario A. Bianchi* |
| Eric M. Liberman, WSBA #52376 | Mario A. Bianchi, WSBA #31742 |
| Christopher A. Wright, WSBA #26601 | Attorneys for Decker Defendants |
| Attorneys for Travelers Casualty and Surety Company of America | |

[PROPOSED] ORDER OF DISMISSAL OF WILDEC, LLC and DECKER & WILLIAMS, LLC - 2